**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00862-CR

**WALTER LAMONTE MOORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-51041-K**

## ORDER

The Court **GRANTS** appellant's December 16, 2013 motion to extend time to file his brief. We **ORDER** appellant to file his brief by **FEBRUARY 3, 2014**.


/s/     DAVID EVANS
        JUSTICE